UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE LORRAINE,<br><br>          Plaintiff,<br><br>v.<br><br>NORMAN L. WALLIN, et. al.<br><br>          Defendants. | Case No. 3:16-cv-00409-MMD-WGC<br><br>**REFERRAL TO PRO BONO PROGRAM** |

   This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff.  The scope of appointment shall be for all purposes through the conclusion of trial.  By referring this case to the Program, the court is not expressing an opinion as to the merits of the case.

   **IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program for appointment of counsel for the purposes identified herein.

   **IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

   **IT IS SO ORDERED.**

   DATED: March 8, 2017.

                      *William G. Cobb*
                      _____
                      WILLIAM G. COBB
                      UNITED STATES MAGISTRATE JUDGE