J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant
Santander Consumer USA Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE LORRAINE, an individual, | Case No.: 3:16-cv-00409-MMD-WGC |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| NORMAN L. WALLIN, an individual; KEVIN SHEPPARD, an individual; AARON M. WAITE, an individual; SERGIO MARCHIONNE, an individual; SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL; FIAT OF RENO DEALERSHIP; DOES 1-10; and ROE ENTITIES 11-20, | |
| Defendants. | |

Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital (hereinafter "Santander"), hereby authorizes and consents to the substitution of Lewis Roca Rothgerber Christie LLP as counsel of record in the place of Aaron M. Waite of Weinstein & Riley, P.S.

Dated this 21 day of March, 2017.

SANTANDER CONSUMER USA INC.

By: _____

/ / /
/ / /
/ / /
/ / /

100299166_1

1  Aaron M. Waite, Esq. of the law firm of WEINSTEIN & RILEY, P.S. hereby
2  approves and consents to the substitution of the law firm Lewis Roca Rothgerber Christie
3  LLP, in our place as attorneys of record for Santander in this action.
4  Dated this 27 day of March, 2017.

WEINSTEIN & RILEY, P.S.

By: *Charles L. Kennon III*
Aaron M. Waite
6785 S. Eastern Avenue, Ste. 4
Las Vegas, NV 89119
T: (844) 640-5411
E-mail: aaronw@w-legal.com

J Christopher Jorgensen, Esq. of the law firm of Lewis Roca Rothgerber Christie LLP hereby approves and consents to its substitution in the place of Weinstein & Riley, P.S. as counsel of record for Santander in this action.

Dated this 27 day of March, 2017.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: _____
J Christopher Jorgensen (#5382)
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
T: (702) 949-8200
E-mail: cjorgensen@lrrc.com

**IT IS SO ORDERED.**

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2017.

2