UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CONSTANCE LORRAINE, | ) | 3:16-cv-00409-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 14, 2017 |
| NORMAN L. WALLIN, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant Wallin's Motion to Continue Stay (ECF No. 63). The court is also aware of the motion to dismiss filed Defendant Santander Consumer USA, Inc. (ECF No. 61) and the deadlines to respond thereto as set forth in the court's *Klingele* order (ECF No. 62).

The court has referred the matter to the court's pro bono program (ECF No. 52) and the court is informed an attorney has tentatively accepted the referral.

The court will address the deadlines to respond to Plaintiff's second amended complaint (ECF No. 57) and Defendant Santander's motion to dismiss at a status conference to be set in the near future in this case and in 3:17-cv-00131-MMD-WGC. In the meantime, Defendant Wallin's Motion to Continue Stay (ECF No. 63) is **GRANTED** and the deadlines set forth in the *Klingele* order are **VACATED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
        Deputy Clerk