FILED ✓   RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 22 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE LORRAINE, | 3:16-cv-00409-MMD-VPC |
| Plaintiff, | |
| vs. | **ORDER OF APPOINTMENT OF COUNSEL FOR LIMITED PURPOSE** |
| NORMAN L. WALLIN, *et al.*, | |
| Defendants. | |

This case was referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2016-02 for appointment of pro bono counsel to Plaintiff Constance Lorraine. (ECF No. 52.) The court is informed that pro bono counsel has been identified and that pro bono representation has been agreed to by Joan Wright, Esq., for the limited purpose of participating a settlement conference with Defendants.

**IT IS HEREBY ORDERED** that Joan Wright, Esq., is appointed as pro bono counsel for Plaintiff Constance Lorraine under the United States District Court for the District of Nevada's Pilot Pro Bono Program. This Limited Purpose appointment is only for the purpose of representing Plaintiff in a settlement conference with Defendants.

**IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

**IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PROBONO case flag and add Joan Wright, Esq., to the docket as Limited Purpose counsel of record for Plaintiff.

///

**IT IS FURTHER ORDERED** that Joan Wright, Esq., shall not be charged fees for use of the Court's filing system in this matter for the duration of her appointment.

**IT IS FURTHER ORDERED** that Joan Wright, Esq., shall complete and return the attached Appointment Response Form to the *Pro Bono Liaison* Mai Tieu at 333 Las Vegas Blvd., Room 3005, Las Vegas, Nevada 89101.

**IT IS FURTHER ORDERED** that within fourteen (14) days after completion of legal services Joan Wright, Esq., shall submit a Notice of Completion Form to the *Pro Bono Liaison*.

**IT IS SO ORDERED.**

DATED: June 22, 2017.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE